# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KEVIN DUKES

NO. 2025 KW 0647

**OCTOBER 6, 2025**

---

In Re:    Kevin Dukes, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          01-19-0491.

---

**BEFORE:    McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

                              **PMc**
                              **HG**
                              **TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT